April 9, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

DAVID GOAD, Appellant

NO. 14-13-00861-CV                     V.

HANCOCK BANK F/K/A PEOPLES FIRST COMMUNITY BANK, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Hancock Bank f/k/a Peoples First Community Bank, signed, August 26, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, David Goad, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.